IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. W-19-CR-322 |
| | * | |
| LYDIA BRYNN CHRISTENSEN | * | |

FACTUAL BASIS

Had this case proceeded to trial, the United States Attorney for the Western District of Texas was prepared to prove and would prove beyond a reasonable doubt that:

COUNT ONE

From on or about October 8, 2018, in the Western District of Texas, Defendant,

**LYDIA BRYNN CHRISTENSEN**,

knowingly distributed and attempted to distribute visual depictions, using any means or facility of interstate or foreign commerce and that had been shipped or transported in or affecting interstate or foreign commerce, and that had been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

COUNT TWO

On or about August 29, 2019, in the Western District of Texas, Defendant,

**LYDIA BRYNN CHRISTENSEN,**

did knowingly possess and attempt to possess material which contained one or more images of child pornography, to-wit: images depicting minors, including prepubescent minors and minors

who had not attained twelve (12) years of age, engaging in genital-genital, anal-genital, oral-genital sexual intercourse and lascivious exhibition of the genitals and pubic area, that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and that had been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2256(8)(A).

Specifically, the United States Attorney would prove beyond a reasonable doubt that:

On April 7, 2019, Temple Police received a telephone call from a concerned citizen who had just left the residence of the Defendant, LYDIA BRYNN CHRISTENSEN.   During his visit, the concerned citizen had seen images on CHRISTENSEN's cell phone of a "small female child, under the age of 2, engaging in sex acts with an adult male."   It was also related that he saw on her cell phone videos, one of which appeared to show an "underage girl about to perform oral sex."

An investigation began which resulted in law enforcement obtaining a search warrant for the Defendant's cell phone.   A review of the cell phone revealed numerous images and videos of minor males and females, under the age of twelve, engaged in sexually explicit conduct. At least 27 images are of known images.   The phone contained eight videos of minors engaged in sexually explicit conduct.   There was also evidence of receipt and distribution on the Defendant's KIK Messenger application.   On December 11, 2018, in communication with "DrowningAtlas," the Defendant received three images of child pornography involving a minor female in a bathtub.

On October 8, 2018, the Defendant is communicating via KIK Messenger with "ThunderousLegionofDawn."   CHRISTIENSEN sent four images of females, all which appear to be under the age of twelve, to "ThunderousLegionofDawn."   The images depict a prepubescent female engaged in sexually explicit conduct, such as an image where an adult male is penetrating the vaginal area of the minor female with his penis.

Further, CHRISTENSEN was soliciting child pornography.   On November 9, 2018, during a KIK Messenger chat with "DrowningAtlas," "DrowningAtlas" sent an image of child pornography to CHRISTENSEN and says, "I play with my daughter's pussy when I bathe her.   It gets me so hard and she loves when I rub my dick on her pussy." CHRISTISEN responded, I want more videos of that."

On October 8, 2018, the Defendant distributed images of minors engaged in sexually explicit conduct using the Internet which is a means and facility of interstate and foreign commerce.   The images had also been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer.

Further, on August 29, 2019, the Defendant possessed images of prepubescent minors engaged in sexually explicit conduct as alleged in the Indictment.   The images had been shipped, mailed, and transported in interstate and foreign commerce using the Internet, which is a means and facility of interstate commerce.   The images had also been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer.

The offenses took place in the Waco Division of the Western District of Texas in that the Defendant's computers, phones and residence are in Temple, Texas.

Respectfully submitted,

JOHN F. BASH
United States Attorney

/s/ Gregory S. Gloff

By:   GREGORY S. GLOFF
Assistant United States Attorney